# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AARK RESTAURANT GROUP LLC, et al.,** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **UNITED STATES SMALL** : <br> **BUSINESS ADMINISTRATION, et al.,** : <br> Defendants. : | Civ. No. 22-1433 |

## O R D E R

**AND NOW**, this 28th day of April, 2022, upon consideration of Plaintiffs' Amended Complaint (Doc. No. 11), Plaintiffs' Motion for Preliminary Injunction (Doc. No. 5), Defendants' Response (Doc. No. 13), and all related filings (Doc. Nos. 12, 14, 16, 18), it is **ORDERED** that Plaintiffs' Motion (Doc. No. 5) is **DENIED.**

            **AND IT IS SO ORDERED.**

            */s/ Paul S. Diamond*
            Paul S. Diamond, J.